# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **John T. Mason,** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| vs. ) | |
| ) | **CASE NO. 04-2060** |
| **Terry Tillis, Gary Webber, Ron Scott,** ) | |
| **Capt. Marvin, County of Coles and City** ) | |
| **of Charleston, all in their individual** ) | |
| **and official capacities.** ) | |
| ) | |
| **Defendant(s).** ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for Terry Tillis, Gary Webber, Ron Scott, Capt. Marvin and County of Coles.

Date: September 15, 2004

 

s/ George J. Casson
Signature
George J. Casson
Print Name
650 Dundee Road, Suite 475
Address
Northbrook, Illinois 60062
City, State, Zip Code
847-291-0200
Phone Number
847-291-9230
Fax Number
gcasson@okgc.com
E-Mail Address

(Rev. 04/03)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **John T. Moss,** )<br>            **Plaintiff(s),** )<br> )<br>**vs.** )<br> )<br>**Terry Tillis, Gary Webber, Ron Scott,** )<br>**Capt. Marvin, County of Coles and City** )<br>**of Charleston, all in their individual** )<br>**and official capacities,** )<br> )<br>            **Defendant(s).** ) | CASE NO. 04-2060 |

### CERTIFICATE OF SERVICE

     I hereby certify that on September 15, 2004, I electronically filed an Appearance with the Clerk of court using the CM/ECF system and I hereby certify that on September 15, 2004, I mailed by United States Postal Service, the documents to the following non-registered participant:

        John T. Mason
        K-96939
        P.O. Box 900
        Ina, Illinois 62846

                                Respectfully submitted,

                                s/George J. Casson
                                O'Halloran, Kosoff, Geitner & Cook, P.C.
                                650 Dundee Road, Suite 475
                                Northbrook, Illinois 60062
                                (847) 291-0200
                                gcasson@okgc.com

(Rev. 04/03)