E-FILED
Wednesday, 15 September, 2004   04:30:10 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **John T. Mason,** )<br>    ) <br>         **Plaintiff(s),** ) <br>    ) <br> **vs.** ) <br>    ) **CASE NO. 04-2060** <br> **Terry Tillis, Gary Webber, Ron Scott,** ) <br> **Capt. Marvin, County of Coles and City** ) <br> **of Charleston, all in their individual** ) <br> **and official capacities.** ) <br>    ) <br>         **Defendant(s).** ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for Terry Tillis, Gary Webber, Ron Scott, Capt. Marvin and County of Coles.

Date: September 15, 2004

                                                    s/ Julie A. Bruch
                                                  Signature
                                                  Julie A. Bruch
                                                  Print Name
                                                  650 Dundee Road, Suite 475
                                                  Address
                                                  Northbrook, Illinois 60062
                                                  City, State, Zip Code
                                                  847-291-0200
                                                  Phone Number
                                                  847-291-9230
                                                  Fax Number
                                                  jbruch@okgc.com
                                                  E-Mail Address

(Rev. 04/03)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **John T. Moss,** )<br>　　　　　**Plaintiff(s),** )<br>　　　　　　　　　　　　　　　　　　 )<br>**vs.** )<br>　　　　　　　　　　　　　　　　　　 )<br>**Terry Tillis, Gary Webber, Ron Scott,** )<br>**Capt. Marvin, County of Coles and City** )<br>**of Charleston, all in their individual** )<br>**and official capacities,** )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　**Defendant(s).** ) | **CASE NO. 04-2060** |

### CERTIFICATE OF SERVICE

　　　　I hereby certify that on September 15, 2004, I electronically filed an Appearance with the Clerk of court using the CM/ECF system and I hereby certify that on September 15, 2004, I mailed by United States Postal Service, the documents to the following non-registered participant:

　　　　John T. Mason
　　　　K-96939
　　　　P.O. Box 900
　　　　Ina, Illinois 62846

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/Julie A. Bruch
　　　　　　　　　　　　　　　　　　O'Halloran, Kosoff, Geitner & Cook, P.C.
　　　　　　　　　　　　　　　　　　650 Dundee Road, Suite 475
　　　　　　　　　　　　　　　　　　Northbrook, Illinois 60062
　　　　　　　　　　　　　　　　　　(847) 291-0200
　　　　　　　　　　　　　　　　　　jbruch@okgc.com

(Rev. 04/03)