E-FILED
Wednesday, 15 September, 2004  04:32:10 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **John T. Mason,** | ) |
| **Plaintiff(s),** | ) ) ) |
| vs. | ) ) |
| | ) **CASE NO. 04-2060** |
| **Terry Tillis, Gary Webber, Ron Scott, Capt. Marvin, County of Coles and City of Charleston, all in their individual and official capacities.** | ) ) ) ) ) |
| **Defendant(s).** | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Terry Tillis, Gary Webber, Ron Scott, Capt. Marvin and County of Coles.

Date: September 15, 2004

s/ Clifford G. Kosoff
Signature
Clifford G. Kosoff
Print Name
650 Dundee Road, Suite 475
Address
Northbrook, Illinois 60062
City, State, Zip Code
847-291-0200
Phone Number
847-291-9230
Fax Number
ckosoff@okgc.com
E-Mail Address

(Rev. 04/03)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **John T. Moss,** </br>     **Plaintiff(s),** </br> </br> **vs.** </br> </br> **Terry Tillis, Gary Webber, Ron Scott,** </br> **Capt. Marvin, County of Coles and City** </br> **of Charleston, all in their individual** </br> **and official capacities,** </br> </br>     **Defendant(s).** | CASE NO.  04-2060 |

### CERTIFICATE OF SERVICE

  I hereby certify that on September 15, 2004, I electronically filed an Appearance with the Clerk of court using the CM/ECF system and I hereby certify that on September 15, 2004, I mailed by United States Postal Service, the documents to the following non-registered participant:

  John T. Mason
  K-96939
  P.O. Box 900
  Ina, Illinois 62846

          Respectfully submitted,

          s/Clifford G. Kosoff
          O'Halloran, Kosoff, Geitner & Cook, P.C.
          650 Dundee Road, Suite 475
          Northbrook, Illinois 60062
          (847) 291-0200
          ckosoff@okgc.com

(Rev. 04/03)