```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
                     URBANA DIVISION

JOHN T. MASON, K-96939,           )
                                  )
               Plaintiff,         )
                                  )
          -vs-                    )   No. 04-2060
                                  )
TERRY TILLIS; GARY WEBBER;        )
RON SCOTT; CAPT. MARVIN;          )
COUNTY OF COLES, an Illinois      )
Municipal Corporation;            )
CITY OF CHARLESTON, an Illinois   )
Municipal Corporation; All in     )
Their Individual and Official     )
Capacities,                       )
                                  )
               Defendants.        )
```

## MOTION BY DEFENDANT CITY OF CHARLESTON
## TO DISMISS COMPLAINT

Now comes the Defendant, CITY OF CHARLESTON, an Illinois Municipal Corporation, by undersigned counsel, and for its Motion to Dismiss Complaint pursuant to FRCP 12(b)(6), states:

1. This Motion is brought pursuant to FRCP 12(b)(6) in that the Plaintiff has failed to state a claim upon which relief can be granted against the Defendant, CITY OF CHARLESTON, an Illinois Municipal Corporation.

2. The Plaintiff's Complaint fails to state any allegations against the City of Charleston, its agents or employees.

3. Federal notice pleading requires that the plaintiff set out in his or her Complaint a short and plain statement of the claim

that will provide the defendant with fair notice of the claim. <u>Scott v. City of Chicago</u>, 195 F.3d 950, 951 (7th Cir., 1999).

    4.  When considering the allegations of a *pro se* Complaint the Court should exercise less stringent standards in its review as compared to formal pleadings drafted by lawyers. <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972).

    5.  Even under less stringent standards of notice pleadings for a *Pro se* Complaint, the Plaintiff has failed to state any allegations against the City of Charleston that would entitle him to relief against this entity.

    6.  On June 14, 2004, this Court entered an Order, pursuant to a Merit review, allowing the Plaintiff to proceed only on his claim that the Defendants were deliberately indifferent to his serious medical needs.  (The Defendant requests that the Court take judicial notice of the Order of Judge Baker entered on June 14, 2004 pursuant to FRCP Rule 12(b)(6) and 28 U.S.C. Section 1915A(a)).

    7.  The City of Charleston has no authority over the County Jail as such responsibility is placed in the hands of the Sheriff of the County pursuant to the County Jail Act, 730 ILCS 125/2. Prisoners are in the custody, control and responsibility of the Sheriff as Warden of the jail. Therefore, the Plaintiff's Complaint

fails to state a claim upon which relief can be granted pursuant to FRCP 12(b)(6).

8.  Further, the Plaintiff's Complaint also was not brought within the applicable Statute of Limitations for a local municipality.

9.  Plaintiff claims that the events which give rise to this cause of action occurred on or about January 14 through January 17, 2002.

10.  The Illinois two year Statute of Limitations codified at 735 ILCS 5/13-202 is to be applied to Section 1983 actions. Farrell v. McDonough, 966 F.2d 279 (7th Cir., 1992), *cert. denied* at 506 U.S. 1084 (1983).  Since the Plaintiff has failed to bring this action within the applicable Statute of Limitations there is no valid claim upon which relief can be granted.

WHEREFORE, the Defendant, CITY OF CHARLESTON, an Illinois Municipal Corporation, respectfully prays that the Court grant this Motion to Dismiss pursuant to FRCP 12(b)(6) as the Plaintiff failed to state a claim upon which relief can be granted, and enter an Order in favor of this Defendant and against Plaintiff dismissing the cause of action with prejudice allowing this Defendant to go hence without day and recover its costs herein expended.

CITY OF CHARLESTON, an Illinois Municipal Corporation, Defendant


By  s/ Richard F. Record, Jr.
    Richard F. Record, Jr #: 2297159
    Of Craig & Craig
    1807 Broadway Avenue
    P.O. Box 689
    Mattoon, IL   61938-0689
    Telephone: (217)234-6481
    Facsimile: (217)234-6486
    E-mail:rfr@craiglaw.net

                and


    s/ John F. Watson
    John F. Watson #: 6217481
    Of Craig & Craig
    1807 Broadway Avenue
    P.O. Box 689
    Mattoon, IL   61938-0689
    Telephone: (217)234-6481
    Facsimile: (217)234-6486
    E-mail:jfw@craiglaw.net
    Attorneys for City of Charleston

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2004, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Clifford G. Kosoff
    Mr. George J. Casson
    Ms. Julie A. Bruch
    O'Halloran, Kosoff, Geitner & Cook, P.C.
    650 Dundee Road, Suite 475
    Northbrook, IL 60062
    Phone: 847-291-0200
    Fax:   847-291-9230

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Mr. John T. Mason
    K-96939
    Danville Correctional Center
    3820 E. Main St.
    Danville, IL, 61834

Dated this 23rd day of September, 2004.

                              By  s/ John F. Watson
                                  John F. Watson #: 6217481
                                  Of Craig & Craig
                                  1807 Broadway Avenue
                                  P.O. Box 689
                                  Mattoon, IL   61938-0689
                                  Telephone: (217)234-6481
                                  Facsimile: (217)234-6486
                                  E-mail:jfw@craiglaw.net
                                  Attorneys for City of Charleston