E-FILED
Tuesday, 19 October, 2004 08:06:56 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana-Division

| | |
|---|---|
| JOHN MASON, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 04-2060 |
| -VS- ) | |
| ) | |
| TERRY TILLIS, et.al; ) | |
| ) | |
| Defendants ) | |

### MOTION FOR EXTENSION OF TIME

**NOW COMES**, The Plaintiff, Johm Mason, Pro-se, and respectfully moves this Honorable Court, pursuant to Federal Rules of Civil Procedure, Rule6(b), to grant him an extension of Time up to including November 25th, 2004 in which to respond to the defendant's motion to dismiss.

In support thereof, Plaintiff states as follows:

1. That Your plaintiff is currently incarcerated at the Danville Correctional Center, In the Segregation Unit.

2. That he is very limited to access to the materials he needs to properly respond to the defendant's Motion to Dismiss.

3. Plaintiff further contends that he is under the care of the mental health unit here at Danville, and takes pyschotropic medication, and needs the assistance of a trained law clerk in order to proceed in this matter, at least to I am released from the custody of the Illinois Department of Corrections which will be November 9th, 2004.

WHEREFORE, Plaintiff prays that this Honorable Court grant him up to and including November 25th, 2004 in which to file his response to defendant's motion to Dismiss..

                Respectfully Submitted

                Mr. John Mason, K=96939
                Danville Correctional Center
                3820 E. Main St.
                Danville, Il. 61834
                    Plaintiff/Pro-se

*[signature: John S. Mason]*

## AFFIDAVIT

I, John Mason, being duly sworn do repose and state that the attached Extension of Time is true and correct in substance and fact to the best of my knowledge.

/s/ _[signature]_
Petitioner
# K-96939

Subscribed and sworn to before me this 4th day of October, 200 4.

/s/ _[signature]_
Notary Public

10-10-06
Expiration of Commission

Danville Correctional Center
~~P.O. Box ####~~ 3820 E. Main St.
Danville, Illinois 61834

OFFICIAL SEAL
IZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06

## NOTICE OF FILING

TO: John F. Watson
CRAIG & CRAIG
P.O. Box 689
Mattoo, Il. 61938

TO: Richatd F. Record,
CRAIG & CRAIG
P.O. Box 689
Mattoon, Il. 61938

TO: Heorge J. Casson
O'Halloran, Kosoff Geitner & Cook P.C.
630 Dundee Road, Suite-
Northbrook, Il. 60062

Please take notice on _____, 20__, I filed with United States Dist. Central Dist. Court the attached Motion For Extension of Time (1) copy(ies) of which are served on you.

/s/ _[signature]_

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF VERMILION

I, John Mason, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at Danville, Illinois, 61834, on or about the hour of _____ on _____, 20__.

/s/ _[signature]_

Revised Jan 2002