# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
#### AMENDED VIDEO WRIT

| CASE NAME:<br><br>JOHN T. MASON v TERRY TILLIS, ET AL., | CASE NO.<br><br>04-2060 | Beginning Date of Trial:<br><br>11/5/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF DANVILLE CORR CENTER**

  WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| John T. Mason | K 96939 | DANVILLE CORR CENTER | 11/5/2004 | 9:00 - 9:30 |
| George Casson, Dft's Counsel | N/A | THOMPSON BUILDING CHICAGO | 11/5/2004 | 9:00 - 9:30 |
| Richard Record, Dft's Counsel | N/A | U. S. DISTRICT COURTHOUSE, COURTROOM B, URBANA, IL. | 11/5/2004 | 9:00 - 9:30 |
| Judge Baker | N/A | URBANA | 11/5/2004 | 9:00 - 9:30 |
| John Watson, Dft's Counsel | N/A | U. S. DISTRICT COURTHOUSE, COURTROOM B, URBANA, IL. | 11/5/2004 | 9:00- 9:30 |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: October 25, 2004**

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ____s/K. Wynn_____
        DEPUTY CLERK

cc: John T. Mason
    George Casson
    Richard Record

Format and wording approved by IDOC Legal Counsel 2/11/98