AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**

Monday, 12 September, 2005  10:07:30 AM

Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JOHN T. MASON**

vs.                                                     Case Number:    **04-2060**

**TERRY TILLIS, all in their individual and**
**official capacities**
**GARY WEBBER, all in their individual and**
**official capacities**
**RON SCOTT, all in their individual and**
**official capacities**
**CAPTAIN MARVIN, all in their individual and**
**official capacities**
**COUNTY OF COLES, all in their individual and**
**official capacities**
**CITY OF CHARLESTON, all in their individual and**
**official capacities**

▢   **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the plaintiff's entire lawsuit is dismissed in its entirety.

ENTER this 12th day of September, 2005

**s/John M. Waters**

_____

JOHN M. WATERS, CLERK

**s/V. Ball**

_____

BY:  DEPUTY CLERK